1  KENNETH A. FEINSWOG
2  kfeinswog@aol.com
   Bar No. 129562
3  400 Corporate Pointe, Suite 300
4  Culver City, California 90230
   Telephone: (310) 846-5800
5  Facsimile: (310) 846-5801
6
7  Attorney for Plaintiff

8           UNITED STATES DISTRICT COURT
9              FOR THE CENTRAL DISTRICT
                   OF CALIFORNIA
10

11 ------------------------------------------------------X   CIVIL ACTION NO.
   BRAVADO INTERNATIONAL GROUP                               09-8307 DSF(Ex)
12 MERCHANDISING SERVICES, INC.
13

14                     Plaintiff,                            **PERMANENT INJUNCTION**
15             -against-                                     **AGAINST DEFENDANTS**
                                                             **KENNEDY-SHREM, INC.,**
16                                                           **ALAN SHREM a/k/a**
17 DOLLAR DAYS INTERNATIONAL, LLC,                           **ALLAN SHREM and ALLAN**
   ALAN SHREM a/k/a ALLAN SHREM a/k/a                        **CHREM a/ka/ ALAN**
18 ALLAN CHREM, a/ka ALAN CHREM,                             **CHREM**
19 KENNEDY-SHREM INTERNATIONAL, INC.,
20 OPJ, LLC, RON MIDDLEBROOK, a/k/a
   RONALD MIDDLEBROOK, TECTRON
21 INTERNATIONAL, INC. and KUMAR
22 NANDWANI,
23
                        Defendants.
24 ------------------------------------------------------X
25

26        The parties having stipulated to the entry of a permanent injunction,
27
28

                                    1

IT IS HEREBY ORDERED:

1. A permanent injunction is hereby entered against defendants ALAN SHREM a/k/a ALLAN SHREM, ALAN CHREM a/k/a ALLAN CHREM and KENNEDY-SHREM INTERNATIONAL, INC. permanently enjoining said parties from selling, manufacturing and/or distributing any unauthorized merchandise bearing the names, trademarks and/or likenesses of The Rolling Stones, The Doors, Michael Jackson, Guns N Roses, Led Zeppelin and Red Hot Chili Peppers and/or the King of Pop trademark and/or anything confusingly and/or substantially similar thereto.

2. All claims against defendants ALAN SHREM a/k/a ALLAN SHREM, ALAN CHREM a/k/a ALLAN CHREM and KENNEDY-SHREM INTERNATIONAL, INC. are hereby dismissed without prejudice with each party bearing each party's own attorneys' fees and costs and the Court retaining jurisdiction over this matter to enforce the terms of the permanent injunction.

3. This injunction does not affect any other defendants in this action.

Dated: 2/7/11

_____
THE HONORABLE DALE S. FISCHER